**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**SAUL EWING LLP**
Elizabeth U. Witmer, Esq. (55808)
Sean T. O'Neill, Esq. (205595)
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087-5569

*Attorneys for Plaintiff Transcontinental Gas Pipe Line Company, LLC*

TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC
2800 POST OAK BOULEVARD
HOUSTON, TEXAS 77251-1396,

Plaintiff,

v.

PERMANENT EASEMENT FOR 3.51 ACRES, TEMPORARY EASEMENTS FOR 5.90 ACRES AND TEMPORARY ACCESS EASEMENT FOR 0.35 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1204970900000, 325 CONESTOGA BOULEVARD, LANCASTER, PA 17602

JUSTIN L. CAPPIELLO AND SUSAN A. CAPPIELLO
1515 RIDGE ROAD
LANCASTER, PA 17603

AND ALL UNKNOWN OWNERS

Defendants.

CIVIL ACTION – LAW

Docket No. 5:17-CV-00711-EGS

TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC
2800 POST OAK BOULEVARD
HOUSTON, TEXAS 77251-1396,

Plaintiff,

v.

PERMANENT EASEMENT FOR 0.78 ACRES AND TEMPORARY EASEMENTS FOR 1.14 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1201686900000, 85 SPRING RUN ROAD, CONESTOGA, CONESTOGA TOWNSHIP, LANCASTER COUNTY, PA 17516

BRET M. LEVY AND LAURA L. LEVY
85 SPRING RUN ROAD
CONESTOGA, PA 17516

LANCASTER FARMLAND TRUST
125 LANCASTER AVENUE
STRASBURG, PA 17579

AND ALL UNKNOWN OWNERS,

Defendants.

CIVIL ACTION – LAW

Docket No. 5:17-CV-00713-EGS

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br>v.<br><br>PERMANENT EASEMENT FOR 0.45 ACRES AND TEMPORARY EASEMENTS FOR 0.56 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1207206900000, 4014 MAIN STREET, CONESTOGA, PA 17516<br><br>JEFFREY A. KANN<br>4014 MAIN STREEET<br>CONESTOGA, PA 17516<br><br>AND<br><br>KIMBERLY S. KANN<br>4235 MAIN STREET<br>CONESTOGA, PA 17516<br><br>AND ALL UNKNOWN OWNERS,<br><br>Defendants. | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00714-EGS |

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br>v.<br><br>PERMANENT EASEMENTS FOR 2.14 ACRES AND TEMPORARY EASEMENTS FOR 3.59 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1201606900000, 415 HILLTOP DRIVE, CONESTOGA, CONESTOGA TOWNSHIP, LANCASTER COUNTY, PA<br><br>HILLTOP HOLLOW LIMITED PARTNERSHIP<br>203 SIDEHILL TERRACE<br>WILLOW STREET, PA 17584<br><br>HILLTOP HOLLOW PARTNERSHIP, LLC GENERAL PARTNER OF HILLTOP HOLLOW LIMITED PARTNERSHIP<br>203 SIDEHILL TERRACE<br>WILLOW STREET, PA 17584<br><br>LANCASTER FARMLAND TRUST<br>125 LANCASTER AVENUE<br>STRASBURG, PA 17579<br><br>AND ALL UNKNOWN OWNERS,<br><br>Defendants. | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00715-EGS |

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br>v.<br><br>PERMANENT EASEMENT FOR 0.77 ACRES AND TEMPORARY EASEMENTS FOR 1.33 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1200300500000, 1020 PEQUEA CREEK ROAD, CONESTOGA, PA 17516<br><br>MICHAEL S. EVERHART AND DEIRDRE E. EVERHART (A/K/A DEIDRE E. EVERHART)<br>1020 PEQUEA WAY CREEK<br>CONESTOGA, PA 17516<br><br>AND ALL UNKNOWN OWNERS,<br><br>Defendants. | : | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00716-EGS |

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br>v.<br><br>PERMANENT EASEMENT FOR 1.55 ACRES AND TEMPORARY EASEMENTS FOR 2.70 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1202327600000, 409 SICKMAN MILL ROAD, CONESTOGA, PA 17516<br><br>JOHN R. GERDY<br>C/O E. FOLLIN SMITH<br>AS POWER OF ATTORNEY<br>409 SICKMAN MILL ROAD<br>CONESTOGA, PA 17516<br><br>E. FOLLIN SMITH<br>409 SICKMAN MILL ROAD<br>CONESTOGA, PA 17516<br><br>AND ALL UNKNOWN OWNERS<br><br>Defendants. | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00717-EGS |

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br>v.<br><br>PERMANENT EASEMENT FOR 1.99 ACRES AND TEMPORARY EASEMENTS FOR 3.48 ACRES IN RAPHO TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 5401769000000, 3248 ECHO VALLEY ROAD, RAPHO TOWNSHIP, LANCASTER COUNTY, PA 17545<br><br>STEVEN G. MILLER<br>3248 ECHO VALLEY ROAD<br>MANHEIM, PA 17545<br><br>AND ALL UNKNOWN OWNERS<br><br>Defendants. | : | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00718-EGS |

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br>v.<br><br>TEMPORARY EASEMENT FOR 0.01 ACRES IN WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 3002941200000,<br>4402 FAIRVIEW ROAD, COLUMBIA, WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, PA 17512<br><br>CHRISTINE M. WENGER<br>4402 FAIRVIEW ROAD<br>COLUMBIA, PA 17512-8817<br><br>AND ALL UNKNOWN OWNERS<br><br>Defendants. | : | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00719-EGS |

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br>v.<br><br>PERMANENT EASEMENT FOR 1.33 ACRES AND TEMPORARY EASEMENTS FOR 2.28 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1202476100000,<br>4160 MAIN STREET, CONESTOGA, PA 17516<br><br>LYNDA LIKE A/K/A LINDA LIKE<br>4160 MAIN STREET<br>CONESTOGA, PA 17516<br><br>AND ALL UNKNOWN OWNERS,<br><br>Defendants. | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00720-EGS |

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br><br>v.<br><br>PERMANENT EASEMENT FOR 1.62 ACRES AND TEMPORARY EASEMENTS FOR 2.61 ACRES IN RAPHO TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 5400795500000, 1766 HABECKER ROAD, COLUMBIA, RAPHO TOWNSHIP, LANCASTER COUNTY, PA 17512<br><br>RUSSELL STEPANCHAK AND, PATRICIA G. STEPANCHAK<br>1766 HABECKER ROAD<br>COLUMBIA, PA 17512<br><br>AND ALL UNKNOWN OWNERS,<br><br>Defendants. | : | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00721-EGS |

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>Plaintiff,<br>v.<br><br>PERMANENT EASEMENT FOR 0.94 ACRES AND TEMPORARY EASEMENTS FOR 1.61 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1203589400000, SICKMAN MILL ROAD<br><br>BLAIR B. MOHN AND MEGAN E. MOHN<br>356 SAND HILL ROAD<br>CONESTOGA, PA 17516<br><br>AND ALL UNKNOWN OWNERS<br><br>Defendants. | : | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00722-EGS |

TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC
2800 POST OAK BOULEVARD
HOUSTON, TEXAS 77251-1396,

Plaintiff,

v.

PERMANENT EASEMENT FOR 2.02 ACRES AND TEMPORARY EASEMENTS FOR 2.76 ACRES IN MANOR TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 4100300500000,
3049 SAFE HARBOR ROAD,
MANOR TOWNSHIP, LANCASTER, PA 17551

STEPHEN D. HOFFMAN
3049 SAFE HARBOR ROAD
MILLERSVILLE, PA 17551

AND ALL UNKNOWN OWNERS

Defendants.

CIVIL ACTION – LAW

Docket No. 5:17-CV-00723-EGS

**OMNIBUS MOTION FOR PRELIMINARY INJUNCTION FOR POSSESSION OF RIGHTS OF WAY BY MARCH 20, 2017 PURSUANT TO THE NATURAL GAS ACT AND FEDERAL RULES OF CIVIL PROCEDURE 71.1 AND 65**

Plaintiff Transcontinental Gas Pipe Line Company, LLC ("Transco") hereby moves this Court for injunctive relief granting Transco possession of the Rights of Way being condemned in the above-captioned actions by March 20, 2017. The bases for this Omnibus Motion are set forth in Transco's Memorandum of Law in support thereof, which is being filed contemporaneously herewith. Transco also relies on the Declarations of David Sztroin and Aaron Blair and the exhibits attached thereto.

          Respectfully submitted,

s/ Elizabeth U. Witmer
Elizabeth U. Witmer, Esq. (55808)
Sean T. O'Neill, Esq. (205595)
Saul Ewing LLP
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087-5569
(610) 251-5062
ewitmer@saul.com
soneill@saul.com

*Attorneys for Plaintiff Transcontinental Gas Pipe Line Company, LLC*

Dated: February 20, 2017