## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRANSCONTINENTAL GAS PIPE LINE
COMPANY, LLC
2800 POST OAK BOULEVARD
HOUSTON, TEXAS  77251-1396,

                Plaintiff,

      v.

PERMANENT EASEMENTS FOR
2.14 ACRES AND TEMPORARY
EASEMENTS FOR 3.59 ACRES IN
CONESTOGA TOWNSHIP, LANCASTER
COUNTY, PENNSYLVANIA, TAX
PARCEL NUMBER 1201606900000,
415 HILLTOP DRIVE, CONESTOGA,
CONESTOGA TOWNSHIP, LANCASTER
COUNTY, PA

HILLTOP HOLLOW LIMITED
PARTNERSHIP
203 SIDEHILL TERRACE
WILLOW STREET, PA 17584

HILLTOP HOLLOW PARTNERSHIP, LLC
GENERAL PARTNER OF HILLTOP
HOLLOW LIMITED PARTNERSHIP
203 SIDEHILL TERRACE
WILLOW STREET, PA 17584

LANCASTER FARMLAND TRUST
125 LANCASTER AVENUE
STRASBURG, PA  17579

AND ALL UNKNOWN OWNERS,

              Defendants.

CIVIL ACTION – LAW

Docket No. 5:17-CV-00715

## ORDER

AND NOW, this ___ day of August, 2017, upon consideration of Plaintiff's Omnibus

Motion for Preliminary Injunction for Possession of Rights of Way by August 18, 2017 Pursuant

to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the accompanying

documents, Defendants' opposition thereto, and Plaintiff's Reply, and after a hearing and oral

argument being held, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** as follows:

(1)     Transcontinental Gas Pipe Line Company, LLC ("Transco") has the substantive

right to condemn the following easements and rights of way (collectively referred to as the

"Rights of Way"):

> a.     Permanent rights of way and easements of 2.14 acres, as described as "Area of Proposed CPLS R/W #1," "Area of Proposed CPLS R/W #2," and "Area of Proposed CPLS R/W #3" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing but not increasing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment, and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017), together with the right to construct, maintain, operate, repair, alter, replace and remove cathodic protection equipment and the necessary appurtenances thereto, such as but not limited to poles, guy wires, anchors, rectifiers, power lines, cables, deep well anode and anode ground beds under, upon, and over the permanent right of way and easement, and conducting all other activities as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Further, the landowner shall not build any permanent structures on said permanent right of way or any part thereof, will not change the grade of said permanent right of way, or any part thereof, will not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Transco's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Transco's lawful exercise of any of the rights herein granted without first having obtained Transco's approval in writing; and the landowner will not permit others to do any of said acts without first having obtained Transco's approval in writing. Transco shall have the right from time to time at no additional cost to landowners to cut and remove all trees

including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto; and

b. Temporary easements of 3.59 acres, as described as "Area of Proposed Temporary Work Space #1," "Area of Proposed Temporary Work Space #2," Area of Proposed Temporary Work Space #3," "Area of Proposed Temporary Work Space #4," "Area of Proposed Temporary Work Space #5," and "Area of Proposed Temporary Work Space #6" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all other activities approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017).

(2)    Upon filing the bond required below, beginning August 18, 2017, Transco is granted access to, possession of and entry to the Rights of Way for all purposes allowed under the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017);

(3)    In the event of a violation of this Order by Defendants, such as interference with Transco's possession of the Rights of Way by Defendants or by third parties who are authorized by Defendants to be on the Property, the U. S. Marshal Service, or a law enforcement agency it designates, shall be authorized to investigate and to arrest, confine in prison and/or bring before the Court any persons found to be in violation of this Order and in contempt of this Order, pending his/her compliance with the Court's Order.

(4)    Transco shall post a bond in the amount of $70,710.00 as security for the payment of just compensation to Defendants.

(5)     Transco shall record this Order in the Office of the Recorder of Deeds for

Lancaster County, Pennsylvania.


                                    BY THE COURT

                                    _____
                                    Jeffrey L. Schmehl, J.

EXHIBIT A



BLAIR B MOHN AND
MEGAN E MOHN
1203589400000
PA-LA-006-C.000

HILLTOP HOLLOW LIMITED PARTNERSHIP
1201606900000
PA-LA-007-C.000

AREA OF PROPOSED
TEMPORARY WORK SPACE #1

AREA OF PROPOSED
CPLS R/W #1

AREA OF PROPOSED
TEMPORARY WORK SPACE #3

AREA OF PROPOSED
CPLS R/W #2

PPL ELECTRIC
UTILITIES CORPORATION
1201914900000
PA-LA-008-C.000

AREA OF PROPOSED
TEMPORARY WORK SPACE #2

AREA OF PROPOSED
TEMPORARY WORK SPACE #5

PROPOSED 42" CENTRAL
PENN LINE SOUTH

AREA OF PROPOSED
CPLS R/W #3

AREA OF PROPOSED
TEMPORARY WORK SPACE #4

AREA OF PROPOSED
TEMPORARY WORK SPACE #6

HILLTOP DR
T422

JOHN C REESER
AND SHARON E REESER
1203452200000
PA-LA-115-B.000

HILLTOP HOLLOW
LIMITED PARTNERSHIP
1201606900000
PA-LA-007-C.000

COMMONWEALTH OF
REGISTERED
PROFESSIONAL
CHRIS H. ROBERTS
LAND
SURVEYOR
No. SU075384
PENNSYLVANIA

## NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF PIPELINE FOR PROPOSED RIGHT OF WAY . . . . . 1862.81 FEET
   AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . . 2.14 ACRES
   AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . . 3.59 ACRES
   PROPERTY LINE . . . . . . . . . . . . . . . . . . . . .
   POINT OF INTERSECTION . . . . . . . . . . . . . . . . .

SUBJECT TRACT
N.T.S.

FERC 5

3. ROADS

WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE
PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN
INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER
THAN INTERSTATE HIGHWAYS.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND FOR THE SOLE
PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT AND REPRESENTS CONDITIONS
AS THEY EXIST AT THE COUNTY CLERK'S RECORDS OFFICE. PROPERTY BOUNDARIES SHOWN
ARE BASED ON COUNTY ASSESSOR'S MAPS OR FIELD SURVEYS PERFORMED BY
TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC ON ADJACENT TRACTS. NO CIVIL SURVEY
OF THE EASEMENT AREA HAS BEEN PERFORMED. THE ACREAGES SHOWN ARE APPROXIMATE.

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 0 | 12/05/16 | MP | ISSUED FOR R.O.W. | 1161503 | CJW | MJH |
| 1 | 12/29/16 | STC | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |

DRAWING NO.    REFERENCE TITLE

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED
RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE
CROSSING THE PROPERTY OF
HILLTOP HOLLOW LIMITED PARTNERSHIP
CONESTOGA TOWNSHIP, LANCASTER COUNTY,
STATE OF PENNSYLVANIA

Williams

| | | |
|---|---|---|
| DRAWN BY: MP | DATE: 06/09/16 | ISSUED FOR ROW |
| CHECKED BY: JJB | DATE: 11/11/16 | ISSUED FOR CONSTRUCTION |
| APPROVED BY: MJH | DATE: 11/11/16 | DRAWING NUMBER: 24-1600-70-77-A/PA-LA-007-C.000 |
| W.O. 1161503 | | SCALE: N.T.S. REVISION: 1 |

SHEET 1 OF 3



HILLTOP DR T422

AREA OF PROPOSED
TEMPORARY WORK SPACE #3

AREA OF PROPOSED
CPLS R/W #1

AREA OF PROPOSED
TEMPORARY WORK SPACE #1

AREA OF PROPOSED
CPLS R/W #2

26.06'

90'

65'

35'

25'

25

60'

65'

PROPOSED 42" CENTRAL
PENN LINE SOUTH

PROPOSED 42" CENTRAL PENN LINE SOUTH

AREA OF PROPOSED
TEMPORARY WORK SPACE #2

HILLTOP HOLLOW LIMITED PARTNERSHIP
1201606900000
PA-LA-007-C.000

AREA OF PROPOSED
TEMPORARY WORK SPACE #4

R/W

R/W

MATCH LINE SEE SHEET 3

NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM,
NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF PIPELINE FOR PROPOSED RIGHT OF WAY . . . . . 1862.81 FEET
   AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . . 2.14 ACRES
   AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . . 3.59 ACRES
   PROPERTY LINE . . . . . . . . . . . . . . . . . . . . .
   POINT OF INTERSECTION . . . . . . . . . . . . . . . . .

3. ROADS

   WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE
   PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN
   INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER
   THAN INTERSTATE HIGHWAYS.

   THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND FOR THE SOLE
   PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT AND REPRESENTS CONDITIONS
   AS THEY EXIST AT THE COUNTY CLERK'S RECORDS OFFICE. PROPERTY BOUNDARIES SHOWN
   ARE BASED ON COUNTY ASSESSOR'S MAPS OR FIELD SURVEYS PERFORMED BY
   TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC ON ADJACENT TRACTS. NO CIVIL SURVEY
   OF THE EASEMENT AREA HAS BEEN PERFORMED. THE ACREAGES SHOWN ARE APPROXIMATE.

CL.H. Ros                        1-3-17

PENNSYLVANIA LICENSE NO. SU075384        DATE:
CHRIS H. ROBERTS
HAYES, JAMES & ASSOCIATES, INC.
4145 SHACKLEFORD ROAD, SUITE 300
NORCROSS, GA 30093

0        100       200       300

SCALE IN FEET

FERC 5

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK | APP. |
|-----|------|-----|----------------------|----------|-----|------|
| 0 | 12/05/16 | MP | ISSUED FOR R.O.W. | 1161503 | CJW | MJH |
| 1 | 12/29/16 | STC | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED
RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE
CROSSING THE PROPERTY OF
HILLTOP HOLLOW LIMITED PARTNERSHIP
CONESTOGA TOWNSHIP, LANCASTER COUNTY,
STATE OF PENNSYLVANIA

Williams

| DRAWN BY: MP | DATE: 06/09/16 | ISSUED FOR BID: | SCALE 1" = 100' |
| CHECKED BY: JJB | DATE: 11/11/16 | ISSUED FOR CONSTRUCTION: | REVISION 1 |
| APPROVED BY: MJH | DATE: 11/11/16 | DRAWING NUMBER 24-1600-TO-77-A/PA-LA-007-C.000 | SHEET 2 OF 3 |
| W.O. 1161503 | PA-LA-007-C.000_HILLOW | | |



**HILLTOP HOLLOW LIMITED PARTNERSHIP**
1201606900000
PA-LA-007-C.000

PPL ELECTRIC
UTILITIES CORPORATION
1201914900000
PA-LA-008-C.000

**HILLTOP HOLLOW LIMITED PARTNERSHIP**
1201606900000
PA-LA-007-C.000

BLAIR B MOHN AND
MEGAN E MOHN
1203589400000
PA-LA-006-C.000

27.63'

PROPOSED 42" CENTRAL PENN LINE SOUTH

AREA OF PROPOSED
TEMPORARY WORK SPACE #3

AREA OF PROPOSED
TEMPORARY WORK SPACE #5

90'
65'
35'
25'
25'

AREA OF PROPOSED CPLS R/W #2

AREA OF PROPOSED TEMPORARY WORK SPACE #4

MATCH LINE SEE SHEET 2

HILLTOP DR T422

65'
115'
35'
25'
25'
60'

AREA OF PROPOSED
TEMPORARY WORK SPACE #6

AREA OF PROPOSED
CPLS R/W #3

PROPOSED 42" CENTRAL PENN LINE SOUTH

COMMONWEALTH OF
REGISTERED
PROFESSIONAL
CHRIS H. ROBERTS
LAND
SURVEYOR
No. SU075384
PENNSYLVANIA

**NOTES:**

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF PIPELINE FOR PROPOSED RIGHT OF WAY . . . . . 1862.81 FEET
   AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . . 2.14 ACRES
   AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . 3.59 ACRES
   PROPERTY LINE . . . . . . . . . . . . . . . . . . . . .
   POINT OF INTERSECTION . . . . . . . . . . . . . . . . .

3. ROADS

   WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE
   PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN
   INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER
   THAN INTERSTATE HIGHWAYS.

   THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND FOR THE SOLE
   PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT AND REPRESENTS CONDITIONS
   AS THEY EXIST AT THE COUNTY CLERK'S RECORDS OFFICE. PROPERTY BOUNDARIES SHOWN
   ARE BASED ON COUNTY ASSESSOR'S MAPS OR FIELD SURVEYS PERFORMED BY
   TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC ON ADJACENT TRACTS. NO CIVIL SURVEY
   OF THE EASEMENT AREA HAS BEEN PERFORMED. THE ACREAGES SHOWN ARE APPROXIMATE.

0    100    200    300
SCALE IN FEET

FERC 5

| DRAWING NO. | | REFERENCE TITLE | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC**
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED
RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE
CROSSING THE PROPERTY OF
HILLTOP HOLLOW LIMITED PARTNERSHIP
CONESTOGA TOWNSHIP, LANCASTER COUNTY,
STATE OF PENNSYLVANIA

| NO. | DATE | BY | REVISION DESCRIPTION | W.O.NO. | CHK. | APP. | DRAWN BY: MP | DATE: 06/09/16 | ISSUED FOR BID: | SCALE 1" = 100' |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 12/05/16 | MP | ISSUED FOR R.O.W. | 1161503 | CJW | MJH | CHECKED BY: JJB | DATE: 11/11/16 | ISSUED FOR CONSTRUCTION: | REVISION 1 |
| 1 | 12/29/16 | STC | REISSUED FOR R.O.W. | 1161503 | SGH | MJH | APPROVED BY: MJH | DATE: 11/11/16 | DRAWING NUMBER: 24-1600-TO-T7-A/PA-LA-007-C.000 | SHEET 3 OF 3 |
| | | | | | | | WO: 1161503 | PA-LA-007-C.000_EXH.DWG | | |

Williams